# Unclaimed Funds

Entered 1/1/2001 to 1/6/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-10042 -wch | Hartford Fire Insurance Company | 2,309.55 | 01/06/2014 |
| 16443397 | Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115<br>06115 | | |

**Grand Total: 2,309.55**